10825 Dorchester Rd Apt. 2028
Summerville, SC

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:19-cr-672 | Date and time warrant executed: July 25, 2019 0600 | Copy of warrant and inventory left with: apartment |

Inventory made in the presence of:
Lt. Peterson, Cpl Barnneau, PFC Perez, Det. Braga, TFO Yangco

Inventory of the property taken and name of any person(s) seized:

Room E (4) Samsung flip phone
(1) Nokia smart phone
(1) Tavrus 9m TLY32774
(2) magazines with ammo
(1) money counter

Vehicle (1) Samsung flip phone
(1) smart phone in gold case

nothing further

## Certification

I declare under penalty of perjury that this Inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 25, 2019

Executing officer's signature: Carpel

Printed name and title: TFO Carpenter